UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



SERVICE EMPLOYEES OF UPSTATE NEW YORK
PENSION FUND, by George Kennedy and
Susan Nicholson, as Trustees,

                  Plaintiffs,

                  v.                                  5:10-CV-1284

JULIE BLAIR NURSING & REHABILITATION CENTER,

                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                              OF COUNSEL:

BLITMAN & KING LLP                   MONICA R. HEATH, ESQ.
Attorneys for Plaintiffs                 DANIEL E. KORNFELD, ESQ.
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, NY 13204-1415

BOND, SCHOENECK & KING, PLLC     THOMAS G. ERON, ESQ.
Attorneys for Defendant               KERRY W. LANGAN, ESQ.
One Lincoln Center
Syracuse, NY 13202-1355

DAVID N. HURD
United States District Judge

## ORDER

    Having reviewed the submissions of Plaintiffs Service Employees of Upstate New York Pension Fund, by George Kennedy and Susan Nicholson as Trustees ("Plaintiffs"), in connection with Plaintiffs' motion for preliminary injunction, and having determined that such

motion was properly filed and that Plaintiff has demonstrated entitlement to the relief requested therein, and there being no opposition to Plaintiffs' motion or showing of good cause for failure to file such opposition submitted by Defendant Julie Blair Nursing & Rehabilitation Center ("Defendant"), pursuant to Local Rule 7.1(b)(3), Defendant shall be deemed to have consented to the granting of Plaintiffs' motion and Plaintiffs' motion for preliminary injunction shall be granted.

It is hereby ORDERED that

1.   Plaintiffs' motion for preliminary injunction (Dkt. No. 14) is GRANTED; and

2.   Defendant is ORDERED to post a bond in the amount of $125,039.07 within ten (10) days of the date of this Order.

IT IS SO ORDERED.

_____
David N. Hurd
United States District Judge

Dated: August 17, 2011
       Utica, New York